IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

DEBORAH ELLEN FRISCH,                                     O R D E R
Civ. No. 09-6126-TC

       Plaintiff,

  vs.

CITY OF EUGENE, et al.,

       Defendants.

AIKEN, Chief Judge:

      Magistrate Judge Coffin filed his Amended Findings and Recommendation on November 23, 2009. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). When a party objects to any portion of the Magistrate's Findings and Recommendation, the district court must make a _de novo_ determination of that portion of the Magistrate's report. 28 U.S.C. § 636(b)(1)(B); McDonnell Douglas Corp. v. Commodore

1 - ORDER

<u>Business Machines</u>, 656 F.2d 1309, 1313 (9th Cir. 1981), <u>cert. denied</u>, 455 U.S. 920 (1982).

Plaintiff, appearing pro se, has timely filed objections. I have, therefore, given the file of this case a <u>de novo</u> review. I ADOPT the Magistrate's Amended Findings and Recommendation (doc. 89) that defendant Lane County's motion to dismiss (doc. 21) is granted with prejudice. Defendant Lane County is therefore dismissed as a defendant in this action.

IT IS SO ORDERED.

Dated this 2nd day of February 2010.

_____
Ann Aiken
United States District Judge

2 - ORDER