IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

DEBORAH FRISCH,

    Plaintiff,

  vs.

CITY OF EUGENE, LANE COUNTY, CITY OF SPRINGFIELD, JUDSON WARDEN, DANIEL LONG, ROBERT WEAVER,

    Defendants.

O R D E R
Civ. No. 09-6126-TC

AIKEN, Chief Judge:

    Magistrate Judge Coffin filed his Findings and Recommendation on January 7, 2010 (doc. 114). The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). When a party objects to any portion of the Magistrate's Findings and Recommendation, the district court must make a de novo determination of that portion of the Magistrate's

1 - ORDER

report.  28 U.S.C. § 636(b)(1)(B); <u>McDonnell Douglas Corp. v. Commodore Business Machines</u>, 656 F.2d 1309, 1313 (9th Cir. 1981), <u>cert. denied</u>, 455 U.S. 920 (1982).

Plaintiff has timely filed objections.  I have, therefore, given the file of this case a <u>de novo</u> review.  I ADOPT the Magistrate's Findings and Recommendation (doc. 114) that defendants City of Springfield and Weaver's motion for summary judgment (doc. 45) is granted.  Further, plaintiff's Fed. R. Civ. P. 56(f) request is denied.  Defendants City of Springfield and Robert Weaver are dismissed from this lawsuit.

IT IS SO ORDERED.

Dated this 23rd day of February 2010.

Ann Aiken
United States District Judge

2 - ORDER